COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FLORENTINO PARRA, INDIVIDUALLY, | § | No. 08-09-00272-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 6 |
| | § | |
| AJAN TIGER PROPERTIES, LTD., A TEXAS LIMITED PARTNERSHIP, | § | of El Paso County, Texas |
| | § | (TC# 2009-1098) |
| Appellee. | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is the parties' joint motion to affirm the appealed judgment pursuant to TEX. R. APP. P. 42.1(a)(2)(A) and 43.2(a). The parties represent that they have settled and that as part of that settlement, the trial court's judgment must be affirmed. The parties' motion complies with Rule 42.1(a)(2)(A). Having considered the cause, we grant the motion and affirm the trial court's judgment. All other motions are denied as moot. Costs shall be borne by the party incurring the same.


GUADALUPE RIVERA, Justice

April 21, 2010

Before Chew, C.J., McClure, and Rivera, JJ.